UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ADK BAYOU-SHIRES, LLC | CIVIL ACTION NO. 23-cv-380 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| AMALGAMATED INSURANCE UNDERWRITERS, LLC | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

ADK Bayou-Shires, LLC ("ADK"), represented by attorney Aaron Broussard at the Daly & Black Law Firm, filed this action in state court to pursue an insurance claim for storm damage to a building on Grimmett Drive. The defendant, Amalgamated Insurance Underwriters, LLC, removed the case to federal court based on an assertion of diversity jurisdiction. Before the case was removed, counsel for ADK filed a motion with the state court and was granted leave to withdraw from representing ADK. Doc. 6.

Organizations such as corporations or limited liability companies cannot appear pro se. Furthermore, an officer, director, manager or employee of an organization generally cannot appear in a representative capacity in legal proceedings for that organization. Memon v. Allied Domecq Qsr, 385 F.3d 871, 873 (5th Cir. 2004); Southwest Express Co. v. Interstate Commerce Commission, 670 F.2d 53, 55 (5th Cir. 1982). Thus, it is essential that an organization such as a limited liability company have counsel.

ADK must enroll new counsel by **May 3, 2023**. If ADK fails to enroll new counsel by the deadline, this civil action may be dismissed for failure to prosecute. The clerk of court is directed to mail a copy of this order to ADK's address as reported by their former

counsel in the exhibits to Doc. 6. The clerk is further directed to email a copy of the order to the four email addresses for individuals associated with the claims, whose email addresses are shown on Exhibit P-1 to the motion to withdraw that was filed in state court.

Amalgamated filed a Diversity Jurisdiction Disclosure Statement (Doc. 9) and represented that all members of the LLC are domiciliaries of New York. The statement did not, however, identify the members. Amalgamated is referred to the instructions for an LLC found in the Notice of Diversity Jurisdiction Disclosure Statement Requirement (Doc. 3). Amalgamated is allowed until **April 24, 2023** to file an amended statement and provide the necessary information. If ADK enrolls counsel, it is directed to file a similar disclosure statement within 14 days of counsel making an appearance.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 10th day of April, 2023.

_____
Mark L. Hornsby
U.S. Magistrate Judge